RAFAEL R. PACQUING, ESQ. (SBN 240450)
INNOVATECH LAW GROUP
555 Bryant St., No. 705
Palo Alto, CA 94301
Telephone: (510) 984-4011
Facsimile: (866) 475-5258
Email: rpacquing@innovatechlaw.com

Attorneys for Plaintiff CALNEV PARTNERS, LLC, a Nevada limited liability company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALNEV PARTNERS, LLC, a Nevada limited liability company,<br><br>  Plaintiff<br><br>  v.<br><br>RESIGHINI RANCHERIA, a federally recognized Indian tribe, and DOES 1-50,<br><br>  Defendants. | Case No.: 2:18-cv-01695-MCE-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, Defendant RESIGHINI RANCHERIA, a federally recognized Indian tribe (*"Defendant"*), filed a motion to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on November 5, 2018, which is set for hearing on January 10, 2019;

WHEREAS, Plaintiff CALNEV PARTNERS, LLC, a Nevada limited liability company (*"Plaintiff"*), and Defendant have agreed that this action be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant through their counsels of record that this action be dismissed without prejudice, with each party to bear its own costs and fees related thereto.

Dated: December 20, 2018      INNOVATECH LAW GROUP

/s/ Rafael R. Pacquing
RAFAEL R. PACQUING
Attorneys for Plaintiff
CALNEV PARTNERS, LLC

Dated: December 20, 2018      RAPPORT AND MARSTON

/s/ Lester J. Marston
LESTER J. MARSTON
Attorneys for Defendant
RESIGHINI RANCHERIA

## ORDER

Pursuant to the parties' stipulation (ECF No. 23) and Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, each party to bear its own costs and fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE